**No. 10-6108. Geraldo A. Cruz-Castro, Petitioner v. United States.**

562 U.S. 945, 131 S. Ct. 371, 178 L. Ed. 2d 239, 2010 U.S. LEXIS 7226.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 378 Fed. Appx. 632.

**No. 10-6109. Harold Dean Dupree, Petitioner v. United States.**

562 U.S. 945, 131 S. Ct. 371, 178 L. Ed. 2d 239, 2010 U.S. LEXIS 7593.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 388 Fed. Appx. 590.

**No. 10-6110. Karla Chavarria, Petitioner v. United States.**

562 U.S. 945, 131 S. Ct. 369, 178 L. Ed. 2d 239, 2010 U.S. LEXIS 7388.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 380 Fed. Appx. 634.

**No. 10-6112. Wilma Kpohanu, Petitioner v. United States.**

562 U.S. 945, 131 S. Ct. 372, 178 L. Ed. 2d 239, 2010 U.S. LEXIS 7519.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 377 Fed. Appx. 519.

**No. 10-6114. Marvin Earl Daniels, Petitioner v. United States.**

562 U.S. 945, 131 S. Ct. 372, 178 L. Ed. 2d 239, 2010 U.S. LEXIS 7758.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 380 Fed. Appx. 303.

**No. 10-6126. John Dunn, Petitioner v. United States.**

562 U.S. 945, 131 S. Ct. 369, 178 L. Ed. 2d 239, 2010 U.S. LEXIS 7699.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-6128. Al-Lain Delont Norman, Petitioner v. United States.**

562 U.S. 945, 131 S. Ct. 371, 178 L. Ed. 2d 239, 2010 U.S. LEXIS 7721.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 379 Fed. Appx. 311.

**No. 10-6129. Zackery Bivens, Petitioner v. United States.**

562 U.S. 945, 131 S. Ct. 371, 178 L. Ed. 2d 239, 2010 U.S. LEXIS 7685.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 380 Fed. Appx. 803.

**No. 10-6130. Luther Leon Austin, Petitioner v. United States.**

562 U.S. 945, 131 S. Ct. 369, 178 L. Ed. 2d 239, 2010 U.S. LEXIS 7712.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 368 Fed. Appx. 53.